THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIS TEUSCHER, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LIOI, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CAROLINE WILKS, as Administratrix, etc., of JOSEPH WILKS, Deceased, Respondent, v. FEDERAL TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Order granting an additional allowance of costs reversed, and motion denied. Judgment modified by striking out the allowance of $500 additional costs, and as so modified the judgment, together with the order denying the motion for a new trial is affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA CROSS, Respondent, v. MARGARET CROSS and Others, Appellants.— Judgment affirmed, with costs, on the ground that the question of the competency of the witness Mary Rudes under section 347 of the Civil Practice Act was not sufficiently raised, and the evidence supports the findings. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARTIN D. BUCKLEY, Appellant, v. E. B. VAN ATTA AND COMPANY, INC., Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DEALERS' LUMBER CORPORATION, Respondent, v. FRED H. CHABOT and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SUSANNE M. MACY, Respondent, v. SILVANUS J. MACY, Appellant.— Order modified by reducing the fine by the sum of $900 and the costs by the sum of $250 and as modified affirmed, without costs on this appeal to either party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GIACINTA AGNELLO, as Administratrix, etc., of DOMINIC AGNELLO, Deceased, Appellant, v. BUFFALO COURIER, INC., Respondent, Impleaded with Another, Defendant.— Judgment affirmed, with costs, upon the ground that even though Cyril Harrington was a servant of the defendant Buffalo Courier, Inc., the evidence is insufficient to show that plaintiff's intestate was, as to the defendant, either an invitee or a licensee. (Berger v. People's Ice Co., 220 App.Div. 745; Bernhardt v. Am. R. Exp. Co., 218 id. 195.) All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.